# Nebraska Judicial Branch

## Case Summary

In the District Court of Sarpy County
The Case ID is  CI 22 0001762
            Samuel Kimbril v. Source Media, LLC
The Honorable George A Thompson, presiding.
Classification: Miscellaneous Civil
Filed on 10/13/2022
This case is Open as of 10/13/2022

## Parties/Attorneys to the Case

| Party | Attorney |
|---|---|
| **Plaintiff ACTIVE** | |
| Samuel Kimbril | Michael F Polk |
| 11163 Prospect Street | 2712 South 87th Avenue |
| Papillion          NE 68046 | Omaha           NE 68124 |
| | 402-884-7444 |

**Defendant ACTIVE**
Source Media, LLC
Corporation Service Company
251 Littleton Falls Drive
Wilmington        DE 19808

**Defendant ACTIVE**
Lynnley Browning
2611 W Argyle St #2
Chicago           IL 60625

## Court Costs Information

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Petition | 10/13/2022 | $35.00 |
| Plaintiff | Automation Fee | 10/13/2022 | $8.00 |
| Plaintiff | NSC Education Fee | 10/13/2022 | $1.00 |
| Plaintiff | Dispute Resolution Fee | 10/13/2022 | $0.75 |
| Plaintiff | Indigent Defense Fee | 10/13/2022 | $3.00 |
| Plaintiff | Uniform Data Analysis Fee | 10/13/2022 | $1.00 |
| Plaintiff | J.R.F. | 10/13/2022 | $9.00 |
| Plaintiff | Filing Fee-JRF | 10/13/2022 | $7.00 |
| Plaintiff | Legal Aid/Services Fund | 10/13/2022 | $6.25 |
| Plaintiff | Comp Rec/Records Management | 10/13/2022 | $15.00 |
| Plaintiff | Service Fees | 10/25/2022 | $8.93 |
| Plaintiff | Service Fees | 10/25/2022 | $8.09 |

## Financial Activity

**EXHIBIT A**

No trust money is held by the court
No fee money is held by the court

## Payments Made to the Court

| Receipt | Type | Date | For | Amount |
|---------|------|------|-----|--------|
| 479718 | Electronic Trans | 10/13/2022 | Kimbril,Samuel, | $86.00 |
| | | | Petition | $35.00 |
| | | | Automation Fee | $8.00 |
| | | | NSC Education Fee | $1.00 |
| | | | Dispute Resolution Fee | $.75 |
| | | | Indigent Defense Fee | $3.00 |
| | | | Uniform Data Analysis | $1.00 |
| | | | J.R.F. | $9.00 |
| | | | Filing Fee-JRF | $7.00 |
| | | | Legal Aid/Services Fun | $6.25 |
| | | | Comp Rec/Records Manag | $15.00 |

## Register of Actions

10/25/2022 Return Summons/Alias Summons
           The document number is 00245847
           Served 10/19/2022, Certified Mail
           Image ID  N22298ANYD59

10/25/2022 Return Summons/Alias Summons
           The document number is 00245846
           Served 10/18/2022, Certified Mail
           Image ID  N22298ANKD59

10/13/2022 Summons Issued on Lynnley Browning
           The document number is 00245847

    E-MAILED: polk@WPSlawfirm.com
           Image ID  D00245847D59

10/13/2022 Summons Issued on Source Media, LLC
           The document number is 00245846
    E-MAILED: polk@WPSlawfirm.com
           Image ID  D00245846D59

10/13/2022 Praecipe-Out St Summons/Alias
           This action initiated by party Samuel Kimbril
           Image ID  N222860EED59

10/13/2022 Complaint-Praecipe
           This action initiated by party Samuel Kimbril
           Image ID  N222860DXD59

Filed in Sarpy District Court
*** EFILED ***
Case Number: D59CI220001762
Transaction ID: 0019001711
Filing Date: 10/13/2022 12:49:22 PM CDT

## IN THE DISTRICT COURT OF SARPY COUNTY, NEBRASKA

| | | |
|---|---|---|
| SAMUEL L. KIMBRIL, | ) | **CI 22 -** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| SOURCE MEDIA, LLC, | ) | |
| and LYNNLEY BROWNING, | ) | |
| | ) | |
| Defendants. | ) | |

THE PLAINTIFF, SAMUEL L. KIMBRIL, for his causes of action against the Defendants, states and alleges as follows:

1.      Plaintiff resides in Papillion, Sarpy County, Nebraska.

2.      Defendant SOURCE MEDIA, LLC is a Delaware limited liability company.

3.       Defendant SOURCE MEDIA, LLC is a nationwide business information company operating in print, online media, and marketing.

4.      Defendant SOURCE MEDIA, LLC conducts business under the ARIZENT brand name.

5.      Defendant LYNNLEY BROWNING is an editor and writer for SOURCE MEDIA, LLC.

6.      On October 17, 2021, Defendants BROWNING and SOURCE MEDIA, LLC wrote and published an article containing false, libelous, and defamatory statements with respect to the Plaintiff SAMUEL KIMBRIL.

7.     The article is a published account of the alleged workplace interactions in Omaha, Nebraska between Plaintiff KIMBRIL and another Nebraska resident named Cortney Kotzian

8.     The article outlined Ms. Kotzian's work at and firing from TD Ameritrade/Charles Schwab at that company's Omaha, Nebraska location.

9.     Ms. Kotzian's published statements about her work at TD Ameritrade directly violate her non-disclosure agreement with the company.

10.    TD Ameritrade is an Omaha, Nebraska brokerage company.

11.    The article at issue is published on the financial-planning.com website owned and managed by Defendant SOURCE MEDIA, LLC.

12.    The false and libelous comments include but are not limited to:

    a.  Mr. Kimbril is "Serial-Level Crazy";

    b.  Allegations that Mr. Kimbril harassed Ms. Kotzian while employed at TD Ameritrade;

    c.  Allegations of an arrest of Mr. Kimbril that place him in a false light;

    d.  Allegations that Mr. Kimbril threatened to physically assault Ms. Kotzian;

    e.  Publishing information from usbondsman.com that place Mr. Kimbril in a false light;

    f.  Assertions that Mr. Kimbril should be on a sex offender registry;

    g.  Assertions that Mr. Kimbril might have failed to properly report FINRA information; and

h. Numerous assertions that Mr. Kimbril behaved improperly when he worked at TD Ameritrade.

13. No independent investigation was conducted to verify these allegations.

14. The article further alludes to an alleged sexual assault by Mr. Kimbril.

15. Ms. Kotzian obtained sealed confidential information with respect to those allegations.

16. Mr. Kimbril was never convicted of any sexual assault charges and the Court ordered all records sealed.

17. Defendants, however, recklessly published those allegations.

18. At the time of publication, Mr. Kimbril was working in Nebraska for Boston Mutual Life Insurance Company.

19. Ms. Kotzian sent a link of the article in question to Boston Mutual and Plaintiff's direct supervisor.

20. Ms. Kotzian publically discussed the article on her various social media accounts.

21. As a result of the article, Mr. Kimbril was forced to resign his position with Boston Mutual.

22. As a direct result of the article and its continued presence on Defendant SOURCE MEDIA, LLC's web pages, Plaintiff is no longer able to obtain professional employment.

23. Online searches of Plaintiff's name directly associate him with the term "serial killer."

24.     Pursuant to Nebraska Rev. Stat. § 25-840.01, Plaintiff demanded Defendants to issue a correction of the false and defamatory statements as attached in Exhibit "A" hereto.

25.     Defendants failed to issue the correction.

26.     Defendants published and/or posted personal information about Plaintiff designed for the commercial purposes of monetizing its social media/business accounts in violation of Neb. Rev. Stat. § 20-202.

27.     Defendants published article constitute intentional interference with the Plaintiff's interest in solitude or seclusion, either as to his person or private affairs or concerns, of a kind that would be highly offensive to a reasonable person in violation of Neb. Rev. Stat. § 20-203.

11.     Defendants published comments are intended to put Plaintiff before the public in a false light because such comments and statements are highly offensive to a reasonable person and Defendant had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which the other would be placed in violation of Neb. Rev. Stat. § 20-204.

12.     That the statements and comments published on Defendant's social media accounts with respect to Plaintiff are false.

13.      That the statements and comments published on Defendant's social media accounts are made with malice and in reckless disregard for the truth.

14.     That these statements constitute defamation, slander, and slander per se.

15.     That because of the defamatory and slanderous statements, invasion of privacy, false light claims, Plaintiff suffered general damages, physical damages, emotional

damages, and damages to his reputation in the amount in excess of $100,000.00 as well as special damages in an amount of $7,750.00 per month beginning November 1, 2021 and continuing thereafter.

WHEREFORE, Plaintiff prays for general damages and damages to his reputation against the Defendant in the amount of $750,000.00 for defamation, slander, slander per se, libel, libel per se, invasion of privacy and false light claims as well as special damages in an amount of $7,750.00 per month beginning November 1, 2021 and continuing thereafter. Plaintiff further prays that the Court issue an order enjoining the Defendants to remove all false and defamatory posts from their affiliated websites and any electronic or written publication. regarding the Plaintiff. Finally, Plaintiff prays that the costs of this action be taxed to the Defendants and for such further relief as allowed by law.

DATED: October 13, 2022

SAMUEL L. KIMBRIL, Plaintiff

By:    s/ Michael F. Polk
Michael F. Polk, #21526
WATKE POLK & SENA, LLP
2712 S 87th Ave
Omaha, NE 68124
Telephone:  (402) 884-7444
E-mail:  polk@wpslawfirm.com
Attorney for Plaintiff



**EXHIBIT A**

Joan Watke, PC, LLO
Michael F. Polk, LLC
Jerry J. Sena, PC, LLO

Michael F. Polk, LLC
polk@WPSlawfirm.com

November 10, 2021

Lynnley Browning
Chana Schoenberger
Arizent, LLC
Source Media, LLC
One State Street Plaza, 27th floor
New York, NY 10004

RE:    October 17, 2021 article on financial-planning.com

Ms. Browning, Ms. Schoenberger, and Companies:

This office represents Samuel Kimbril and this letter concerns the defamatory and false article published on October 17, 2021 written by Ms. Browning.  The article at issue is published on the financial-planning.com website. The false and libelous comments include but are not limited to:

1.  Mr. Kimbril is "Serial-Level Crazy";
2.  Allegations that Mr. Kimbril harassed Ms. Kotzian while employed at TD Ameritrade;
3.  Allegations of an arrest of Mr. Kimbril that place him in a false light;
4.  Allegations that Mr. Kimbril threatened to physically assault Ms. Kotzian;
5.  Publishing information from usbondsman.com that place Mr. Kimbril in a false light;
6.  Assertions that Mr. Kimbril should be on a sex offender registry;
7.  Assertions that Mr. Kimbril might have failed to properly report FINRA information; and
8.  Numerous assertions that Mr. Kimbril behaved improperly when he worked at TD Ameritrade.

It appears no independent investigation was pursued to verify Ms. Kotzian's allegations. Your publication has a fundamental lack of understanding of why court records may be sealed. Your article places Mr. Kimbril in a false light and is published with a reckless disregard for the truth. Pursuant to Nebraska Rev. Stat. § 25-840.01, demand is hereby made that you issue a correction of these statements, specifically disavow these comments, and/or remove the article in its entirety. Govern yourself accordingly.

Sincerely yours,

Michael F. Polk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lymley Browning / Arena Shoenburg
ARZent, LLC / Source Media LLC
One STATE Street Plaza, 27th floor
New York, NY 10004

9590 9402 4950 9063 7294 00

2. Article Number (Transfer from service label)

7012 3050 0000 4268 4688

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## IN THE DISTRICT COURT OF SARPY COUNTY, NEBRASKA

| | | |
|---|---|---|
| SAMUEL L. KIMBRIL, | ) | **CI 22 -** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PRAECIPE** |
| | ) | |
| SOURCE MEDIA, LLC, | ) | |
| and LYNNLEY BROWNING, | ) | |
| | ) | |
| Defendants. | ) | |

Please issue SUMMONS and copy of the COMPLAINT in the above-entitled cause, and deliver same for service as follows:

CERTIFIED MAIL SERVICE:

SOURCE MEDIA d/b/a ARIZENT
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE   19808

LYNNLEY BROWNING
2611 W ARGYLE ST APT 2
CHICAGO, IL 60625-2717

SAMUEL L. KIMBRIL,
Plaintiff

By:     s/ Michael F. Polk
Michael F. Polk, LLC #21526
WATKE POLK & SENA, LLP
2712 S. 87th Ave.
Omaha, Nebraska 68124
Telephone:  (402) 884-7444
Facsimile:  (402) 884-7443
e-mail: polk@wpslawfirm.com
Attorney for Plaintiff

6

Filed in Sarpy District Court
*** EFILED ***
Case Number: D59CI220001762
Transaction ID: 0019001711
Filing Date: 10/13/2022 12:49:22 PM CDT

## IN THE DISTRICT COURT OF SARPY COUNTY, NEBRASKA

| | | |
|---|---|---|
| SAMUEL L. KIMBRIL, | ) | **CI 22 -** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PRAECIPE** |
| | ) | |
| SOURCE MEDIA, LLC, | ) | |
| and LYNNLEY BROWNING, | ) | |
| | ) | |
| Defendants. | ) | |

Please issue SUMMONS and copy of the COMPLAINT in the above-entitled cause, and deliver same for service as follows:

CERTIFIED MAIL SERVICE:

SOURCE MEDIA d/b/a ARIZENT
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE   19808

LYNNLEY BROWNING
2611 W ARGYLE ST APT 2
CHICAGO, IL 60625-2717

SAMUEL L. KIMBRIL,
Plaintiff

By:    s/ Michael F. Polk
Michael F. Polk, LLC #21526
WATKE POLK & SENA, LLP
2712 S. 87th Ave.
Omaha, Nebraska 68124
Telephone:  (402) 884-7444
Facsimile:  (402) 884-7443
e-mail: polk@wpslawfirm.com
Attorney for Plaintiff

1

Image ID:
D00245846D59

## SUMMONS

Doc. No.   245846

IN THE DISTRICT COURT OF Sarpy COUNTY, NEBRASKA
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion          NE 68046 3087

Samuel Kimbril v. Source Media, LLC

Case ID: CI 22    1762

TO:  Source Media, LLC

**FILED BY**

Clerk of the Sarpy District Court
10/13/2022

You have been sued by the following plaintiff(s):

Samuel Kimbril

Plaintiff's Attorney:      Michael F Polk
Address:                   2712 South 87th Avenue
                           Omaha, NE 68124-3045

Telephone:                 (402) 884-7444

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.

Date:  OCTOBER 13, 2022      BY THE COURT:        _Don Heath_
                                                   Clerk

```
Image ID:
D00245846D59
```

**SUMMONS**

Doc. No.    245846

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

      Source Media, LLC
      Corporation Service Company
      251 Littleton Falls Drive
      Wilmington, DE 19808

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | Doc. No.    245846 |
|---|---|

```
SARPY COUNTY DISTRICT COURT
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion          NE 68046 3087
```

To:
Case ID: CI 22    1762 Samuel Kimbril v. Source Media, LLC

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                        _____

Mileage ____miles           _____

    TOTAL                $ _____

Date: _____        BY: _____
                                         (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                    _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____,_____.

```
To: Source Media, LLC                From: Michael F Polk
    Corporation Service Company            2712 South 87th Avenue
    251 Littleton Falls Drive              Omaha, NE 68124-3045
    Wilmington, DE 19808
```

# ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D00245847D59

## SUMMONS

Doc. No.    245847

IN THE DISTRICT COURT OF Sarpy COUNTY, NEBRASKA
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion          NE 68046 3087

Samuel Kimbril v. Source Media, LLC

Case ID: CI 22    1762

TO:  Lynnley Browning

**FILED BY**

Clerk of the Sarpy District Court
10/13/2022

You have been sued by the following plaintiff(s):

    Samuel Kimbril

Plaintiff's Attorney:    Michael F Polk
Address:                 2712 South 87th Avenue
                         Omaha, NE 68124-3045

Telephone:               (402) 884-7444

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.

Date:  OCTOBER 13, 2022      BY THE COURT:        _Don Heath_
                                                       Clerk

Image ID:
D00245847D59

**SUMMONS**

Doc. No.    245847

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Lynnley Browning
        2611 W Argyle St #2
        Chicago, IL 60625-2717

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | Doc. No.    245847 |
|---|---|

```
SARPY COUNTY DISTRICT COURT
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion          NE 68046 3087
```

To:
Case ID: CI 22    1762 Samuel Kimbril v. Source Media, LLC

Received this Summons on _____,_____.  I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                           _____

Mileage ____miles           _____

   TOTAL                 $ _____

Date: _____     BY: _____
                                          (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                     _____

Postage $ _____     Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Lynnley Browning                    From: Michael F Polk
    2611 W Argyle St #2                        2712 South 87th Avenue
                                               Omaha, NE 68124-3045
    Chicago, IL 60625-2717
```

# ATTACH RETURN RECEIPT & RETURN TO COURT

Filed in Sarpy District Court
*** EFILED ***
Case Number: D59CI220001762
Transaction ID: 0019648907
Filing Date: 10/25/2022 09:26:34 AM CDT

## SERVICE RETURN

SARPY COUNTY DISTRICT COURT
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion        NE 68046 3087

To:
Case ID: CI 22    1762 Samuel Kimbril v. Source Media, LLC

that on

e Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Source Media
CSC
251 LITTLE FALLS DR.
Wilmington, DE 19808

9590 9402 6981 1225 9278 02

2. Article Number (Transfer from service label)
7021 2720 0000 3409 9455

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type                          ☐ Priority Mail Express®
☐ Adult Signature                        ☐ Registered Mail™
☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted
☐ Certified Mail®                          Delivery
☐ Certified Mail Restricted Delivery     ☐ Signature Confirmation™
☐ Collect on Delivery                    ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery
  r $500)

Domestic Return Receipt

Date: _____   BY: _____
                                     (Sheriff or authorized person)

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: ___Source Media___

At the following address: ___CSC, 251 LITTLE FALLS DR___
___Wilmington, DE 19808___

_____

on the __13__ day of ___October___ ___2022___, as required by Nebraska state law.

                              ___Michael F Polk___

Postage $ __9.93__   Attorney for: ___Plaintiff___

The return receipt for mailing to the party was signed on ___Oct 18___, ___2022___

To: Source Media, LLC              From:  Michael F Polk
Corporation Service Company               2712 South 87th Avenue
251 Littleton Falls Drive                 Omaha, NE 68124-3045
Wilmington, DE 19808

## ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Tuesday, October 25, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Polk,Michael,F (Bar Number: 21526)

Filed in Sarpy District Court
*** EFILED ***
Case Number: D59CI220001762
Transaction ID: 0018648907
Filing Date: 10/25/2022 09:26:34 AM CDT

## SERVICE RETURN

SARPY COUNTY DISTRICT COURT
Sarpy County Courthouse
1210 Golden Gate Dr, Ste 3141
Papillion            NE 68046 3087

To:
Case ID: CI 22    1762 Samuel Kimbril v. Source Media, LLC

I hereby certify that on
of the Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynley Browning
2611 W Argyle St, #2
Chicago IL 60625

9590 9402 6981 1225 9277 96

2. Article Number (Transfer from service label)
7021 2720 0000 3409 9462

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                        ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 10/19/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Date: _____   BY: _____
                                  (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ LYNNLEE BROWNING _____

At the following address: _____ 2611 W ARGYLE ST #2 _____
_____ Chicago IL 60625 _____
_____

on the 13 day of October 2022, as required by Nebraska state law.

_____ Michael Polk 21524 _____
Postage $ 8.09    Attorney for: Plaintiff

The return receipt for mailing to the party was signed on Oct 19 2022

To: Lynnley Browning              From: Michael F Polk
    2611 W Argyle St #2               2712 South 87th Avenue
                                      Omaha, NE 68124-3045
    Chicago, IL 60625-2717

# ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Tuesday, October 25, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Polk,Michael,F (Bar Number: 21526)