# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SAMUEL L. KIMBRIL,** | |
| Plaintiff, | 8:22CV401 |
| vs. | |
| **SOURCE MEDIA, LLC, and LYNNLEY BROWNING,** | **ORDER** |
| Defendants. | |

Pursuant to the Joint Notice of Settlement and Agreed Stay of Deadlines ([Filing No. 27](#)) filed by the parties,

**IT IS ORDERED:**

1. On or before **October 17, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 15th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge