## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL L. KIMBRIL,<br><br>      Plaintiff,<br><br>v.<br><br>SOURCE MEDIA, LLC and LYNNLEY BROWNING,<br><br>      Defendants. | Case No.: 8:22-cv-00401<br><br>**JOINT STIPULATION TO DISMISS** |

      COMES NOW the parties, SAMUEL L. KIMBRIL, SOURCE MEDIA, LLC, and LYNNLEY BROWNING and stipulate to the dismissal of the above-entitled action with prejudice. The parties have entered into a confidential settlement agreement to dismiss this matter.

      Pursuant to this stipulation, Defendants agree to retract in full the online and printed publication of the article published on October 17, 2021 and at issue in this matter. Defendants further agree to remove the article from any website owned or controlled by them.

Dated this 13th day of October, 2023.

        SAMUEL KIMBRIL,
        Plaintiff,

        By:   /s/Michael F. Polk
             Michael F. Polk, #21526
             Watke Polk & Sena, LLP
             2712 S 87th Ave.
             Omaha, NE 68124
             polk@wpslawfirm.com

        SOURCE MEDIA, LLC and LYNNLEY BROWNING,
        Defendants,

        By: s/ Lindsay K. Lundholm
        Jill Robb Ackerman (NE# 17623)
        Lindsay K. Lundholm (NE# 22224)
        Leigh Campbell Joyce (NE# 26218)
        of BAIRD HOLM LLP
        1700 Farnam Street Suite 1500
        Omaha, NE 68102-2068
        Phone: 402-344-0500
        Email: jrackerman@bairdholm.com
        Email: llundholm@bairdholm.com
        Email: lcampbell@bairdholm.com