IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL L. KIMBRIL,<br><br>      Plaintiff,<br><br>vs.<br><br>SOURCE MEDIA, LLC, and LYNNLEY BROWNING,<br><br>      Defendants. | **8:22CV401**<br><br>**ORDER OF DISMISSAL** |

  This matter comes before the Court on the parties' Joint Stipulation to Dismiss (Filing No. 29). The Court, being advised in the premises, finds that such an Order is proper.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

  Dated this 17th day of October 2023.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge